CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ELIGIO SANTAMARIA-LOPEZ,<br><br>　　　　　Defendant. | Case No.:  1:09-cr-00280 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that the sentencing hearing in the above-entitled matter currently scheduled for May 17, 2010, be continued until June 21, 1020.  The reason for the continuance is that defense counsel recently received the court documents concerning the defendant's 1998 state court conviction and time is needed to analyze the proceeding and to determine whether it is open to attack.  The validity of the prior conviction is a pivotal element in the determination of the defendant's sentence.

Dated:  May 12, 2010

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant


BENJAMIN B. WAGNER
United States Attorney


By     /s/ Kathleen Servatius_____
KATHLEEN SERVATIUS
Assistant U.S. Attorney


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing be continued from May 17, 2010 to June 21, 2010 at 9:00 am.

IT IS SO ORDERED.

Dated:   **May 13, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE